| AO 10 Rev. 1/2014 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2013 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Conroy, John M. | U.S. District Court-District of Vermont | 04/22/2014 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Magistrate Judge | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2013 to 12/31/2013 |

**7. Chambers or Office Address**

U.S. Post Office and Courthouse
Box 836
Burlington VT 05401

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2013 | Catholic Diocese of Vermont-salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conroy, John M. | 04/22/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conroy, John M. | 04/22/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Vermont Federal Credit Union | A | Interest | K | T | | | | | |
| 2. Vanguard Prime Money Market | A | Interest | J | T | | | | | |
| 3. land-Jackson Co. (CO) | | None | K | W | | | | | |
| 4. Brokerage account # 1: | | | | | | | | | |
| 5. AFLAC common stock | A | Dividend | J | T | Buy | 05/15/13 | J | | |
| 6. American Int'l Group common stock | A | Dividend | J | T | Buy | 03/21/13 | J | | |
| 7. American Tower REIT | A | Distribution | J | T | Buy | 03/21/13 | J | | |
| 8. Bank of America common stock | A | Dividend | J | T | Buy | 05/13/13 | J | | |
| 9. Continental Resources common stock | A | Dividend | J | T | | | | | |
| 10. Mastercard Inc. common stock | A | Dividend | K | T | | | | | |
| 11. BCE Inc. common stock | A | Dividend | J | T | | | | | |
| 12. Canadian Pacific Railway common stock | A | Dividend | J | T | | | | | |
| 13. Celgene Corp common stock | A | Dividend | J | T | | | | | |
| 14. Coca-Cola common stock | A | Dividend | J | T | | | | | |
| 15. Crown Castle | A | Dividend | | | Sold | 01/30/13 | J | B | |
| 16. Express Scripts common stock | A | Dividend | J | T | | | | | |
| 17. Facebook Inc. common stock | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conroy, John M. | 04/22/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Freeport McMoran Copper & Gold Inc. common stock | A | Dividend | J | T | | | | | |
| 19. General Electric common stock | A | Dividend | J | T | Buy | 05/15/13 | J | | |
| 20. General Dynamics Corp. common stock | A | Dividend | J | T | | | | | |
| 21. Gilead Science Inc. common stock | A | Dividend | J | T | | | | | |
| 22. Honeywell Inc. common stock | A | Dividend | J | T | Buy | 03/21/13 | J | | |
| 23. Intuitive Surgical Common stock | A | Dividend | J | T | | | | | |
| 24. IDEXX Labs common stock | A | Dividend | J | T | | | | | |
| 25. Juniper Networks Inc. common stock | A | Dividend | | | Sold | 02/04/13 | J | A | |
| 26. Microsoft Corp. common stock | A | Dividend | J | T | | | | | |
| 27. Omnicare Inc. common stock | A | Dividend | | | Sold | 01/30/13 | J | A | |
| 28. Qualcomm Inc. common stock | A | Dividend | J | T | Buy | 05/15/13 | J | | |
| 29. RPM Inc. common stock | A | Dividend | J | T | Buy | 03/21/13 | J | | |
| 30. Stanley Black and Decker common stock | A | Dividend | | | Sold | 01/30/13 | J | A | |
| 31. Transocean LTD common stock | A | Dividend | J | T | Buy | 03/21/13 | J | | |
| 32. Vanguard Natural Resources LLC | A | Distribution | J | T | Buy | 05/15/13 | J | | |
| 33. Vanguard REIT ETF | A | Distribution | J | T | Buy | 03/21/13 | J | | |
| 34. Apple Inc. common stock | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conroy, John M. | 04/22/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Citrix Systems Inc. common stock | A | Dividend | J | T | | | | | |
| 36. Analog Devices common stock | A | Dividend | | | Sold | 01/30/13 | J | C | |
| 37. ARM Holdings PLC-SPONS ADR | A | Dividend | | | Sold | 01/30/13 | J | C | |
| 38. Verizon Comm'n Inc. common stock | A | Dividend | J | T | | | | | |
| 39. Walt Disney Co. Holding Co. common stock | A | Dividend | J | T | | | | | |
| 40. State of Colorado Cultural Facilites bond | A | Interest | | | Sold | 05/14/13 | J | A | |
| 41. Fremont County CO bonds | A | Interest | | | Sold | 05/14/13 | J | A | |
| 42. State of Colorado CTFS bonds | A | Interest | | | Sold | 01/30/13 | J | A | |
| 43. CitiBank Money Market account | A | Interest | | | Closed | 05/14/13 | J | | |
| 44. Morgan Stanley Bank | A | Interest | J | T | Open | 05/14/13 | J | | |
| 45. Trust #1 (income beneficiary): | | | | | | | | | |
| 46. AFLAC Inc. common stock | A | Dividend | K | T | Buy | 05/17/13 | K | | |
| 47. American Int'l Group common stock | A | Dividend | K | T | Buy | 03/26/13 | K | | |
| 48. American Tower REIT | A | Distribution | J | T | Buy | 03/26/13 | J | | |
| 49. Bank of America common stock | A | Dividend | K | T | Buy | 05/17/13 | K | | |
| 50. BCE Inc. common stock | A | Dividend | J | T | | | | | |
| 51. Calpine Corp. common stock | A | Dividend | J | T | Buy | 03/26/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conroy, John M. | 04/22/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Canadian Pacific Railway common stock | A | Dividend | J | T | | | | | |
| 53. Coca Cola Inc. common stock | A | Dividend | J | T | | | | | |
| 54. Continental Resources com. stock: | A | Dividend | J | T | | | | | |
| 55. Crown Castle Intern'l common stock | A | Dividend | | | Sold | 01/30/13 | J | C | |
| 56. Emerson Electric common stock | A | Dividend | J | T | | | | | |
| 57. Facebook Inc. common stock | A | Dividend | J | T | | | | | |
| 58. Freeport McMoran Copper & Gold common stock | A | Dividend | J | T | | | | | |
| 59. General Dynamics Inc. common stock | A | Dividend | J | T | | | | | |
| 60. General Electric common stock | A | Dividend | K | T | Buy | 05/17/13 | K | | |
| 61. Gilead Science Inc. common stock | A | Dividend | J | T | | | | | |
| 62. Honeywell Inc. common stock | A | Dividend | J | T | Buy | 03/26/13 | J | | |
| 63. Juniper Networks common stock | A | Dividend | | | Sold | 01/30/13 | J | A | |
| 64. Microsoft Inc. common stock | A | Dividend | J | T | | | | | |
| 65. Omnicare Inc. common stock | A | Dividend | | | Sold | 01/30/13 | J | B | |
| 66. Qualcomm Inc. common stock | A | Dividend | K | T | Buy | 05/17/13 | K | | |
| 67. RPM Inc. common stock | A | Dividend | K | T | Buy | 03/26/13 | J | | |
| 68. Salesforce.com Inc. common stock | A | Dividend | J | T | Buy | 03/26/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conroy, John M. | 04/22/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Stanley Black and Decker Inc. common stock | A | Dividend | | | Sold | 03/30/13 | J | A | |
| 70. Transocean Inc. common stock | A | Dividend | J | T | Buy | 03/26/13 | J | | |
| 71. Vanguard Natural Resources LLC | A | Distribution | K | T | Buy | 05/17/13 | K | | |
| 72. Vanguard REIT ETF | A | Distribution | K | T | Buy | 03/26/13 | K | | |
| 73. Walt Disney Co. Holding Co. common stock | A | Dividend | J | T | | | | | |
| 74. Berkshire Hatthaway class B common stock | A | Dividend | J | T | | | | | |
| 75. Celgenne Corp common stock | A | Dividend | K | T | | | | | |
| 76. Express Scripts Inc. common stock | A | Dividend | J | T | | | | | |
| 77. Intuitive Surgical inc. common stock | A | Dividend | J | T | | | | | |
| 78. IDEXX Labs Inc. common stock | A | Dividend | J | T | | | | | |
| 79. Apple Inc. common stock | A | Dividend | J | T | | | | | |
| 80. Citrix Systems Inc. common stock | A | Dividend | K | T | | | | | |
| 81. Analog Devices common stock | A | Dividend | | | Sold | 01/30/13 | J | C | |
| 82. ARM Holdings PLC-Spons ADR | A | Dividend | | | Sold | 01/30/13 | J | C | |
| 83. Verizon Comm'n common stock | A | Dividend | K | T | | | | | |
| 84. Grand County CO Library District bond | A | Interest | | | Sold | 05/14/13 | J | | |
| 85. Fremont County CO bond | A | Interest | | | Sold | 05/14/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conroy, John M. | 04/22/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. E-470 Public Highway Auth CO Bond | A | Interest | | | Sold | 05/14/13 | J | | |
| 87. Morgan & Wash. County CO SD bond | A | Interest | | | Sold | 05/14/13 | J | | |
| 88. Colorado State Bond CTFS | A | Interest | | | Sold | 05/14/13 | J | | |
| 89. Black Hawk CO Tax Rev Bond | A | Interest | | | Sold | 05/14/13 | J | | |
| 90. Citibank money market acct | A | Interest | | | Closed | 05/14/13 | J | | |
| 91. Morgan Stanley Bank | A | Interest | K | T | Open | 05/14/13 | J | | |
| 92. Trust #2 (income beneficiary): | | | | | | | | | |
| 93. AFLAC common stock | A | Dividend | J | T | Buy | 05/15/13 | J | | |
| 94. American Int'l Group common stock | A | Dividend | J | T | Buy | 03/21/13 | J | | |
| 95. Bank of America common stock | A | Dividend | J | T | Buy | 03/21/13 | J | | |
| 96. Canadian Pacific Railway common stock | A | Dividend | J | T | | | | | |
| 97. Continental Resources common stock (see Part VIII) | A | Dividend | J | T | | | | | |
| 98. Crown Castle Intr. common stock | A | Dividend | | | Sold | 01/30/13 | J | A | |
| 99. General Electric common stock | A | Dividend | J | T | Buy | 05/15/13 | J | | |
| 100. Microsoft Corp. common stock | A | Dividend | J | T | | | | | |
| 101. Omnicare Inc. common stock | A | Dividend | | | Sold | 01/30/13 | J | A | |
| 102. Stanley Black and Decker common stock | A | Dividend | | | Sold | 01/30/13 | J | A | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conroy, John M. | 04/22/2014 |

## VII. INVESTMENTS and TRUSTS — _income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103. Gilead Science common stock | A | Dividend | J | T | | | | | |
| 104. Freeport McMoran CP & GLD | A | Dividend | J | T | | | | | |
| 105. Gen'l Dynamics common stock | A | Dividend | J | T | | | | | |
| 106. Honeywell Inc. common stock | A | Dividend | J | T | Buy | 03/21/13 | J | | |
| 107. Intuitive Surgical Inc. common stock (See Part VIII) | A | Dividend | J | T | | | | | |
| 108. Coca Cola common stock | A | Dividend | J | T | | | | | |
| 109. Walt Disney common stock | A | Dividend | J | T | | | | | |
| 110. BCE Inc. common stock | A | Dividend | J | T | | | | | |
| 111. Facebook Inc. common stock | A | Dividend | J | T | | | | | |
| 112. Anadarko Petroleum common stock | A | Dividend | J | T | | | | | |
| 113. Berkshire Hathaway Class B common stock | A | Dividend | J | T | | | | | |
| 114. Celgene Corp common stock | A | Dividend | J | T | | | | | |
| 115. Express Scripts Inc. common stock | A | Dividend | J | T | | | | | |
| 116. IDEXX Labs Inc. common stock | A | Dividend | J | T | | | | | |
| 117. Stillwater Mining common stock | A | Dividend | J | T | | | | | |
| 118. Apple Inc. common stock | A | Dividend | J | T | | | | | |
| 119. Citrix Systems Inc. common stock | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conroy, John M. | 04/22/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Google Class A common stock | A | Dividend | J | T | | | | | |
| 121. 3M Company Inc. common stock | A | Dividend | J | T | Buy | 03/21/13 | J | | |
| 122. Qualcomm. Inc. common stock | A | Dividend | J | T | Buy | 05/15/13 | J | | |
| 123. Transocean Inc. common stock | A | Dividend | J | T | Buy | 03/21/13 | J | | |
| 124. Vanguard Natural Resources LLC | A | Distribution | J | T | Buy | 05/15/13 | J | | |
| 125. Vanguard REIT LLC | A | Distribution | J | T | Buy | 03/21/13 | J | | |
| 126. Analog Devices Inc. common stock | A | Dividend | | | Sold | 01/30/13 | J | B | |
| 127. ARM Holdings PLC-Spon ADR | A | Dividend | | | Sold | 01/30/13 | J | B | |
| 128. Colorado. Ed. & Cultural Facilities Bond | A | Interest | | | Sold | 05/15/13 | J | A | |
| 129. El Paso County CO bond | A | Interest | | | Sold | 05/15/13 | J | A | |
| 130. Grand County Lib. District CO bond | A | Interest | | | Sold | 05/15/13 | J | A | |
| 131. E-470 Highway Auth CO bond | A | Interest | | | Sold | 05/15/13 | J | A | |
| 132. Colorado State CTFS muni bond | A | Interest | | | Sold | 05/15/13 | J | A | |
| 133. Black Hawk CO Tax Rev Bond | A | Interest | | | Sold | 05/15/13 | J | A | |
| 134. Verizon common stock (See Part VIII) | A | Dividend | J | T | | | | | |
| 135. Citibank Money market acct. | A | Interest | | | Closed | 09/19/13 | J | | |
| 136. Morgan Stanley Bank | A | Interest | J | T | Open | 03/21/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conroy, John M. | 04/22/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. IRA acct (self): | | | | | | | | | |
| 138. Berkshire Hathaway class B common stock | A | Dividend | J | T | | | | | |
| 139. Jensen Quality Growth mutual fund | A | Distribution | K | T | | | | | |
| 140. Sequoia Fund mutual fund | A | Distribution | K | T | | | | | |
| 141. Schwab Cash Reserve money market account | A | Interest | J | T | | | | | |
| 142. Coca-Cola common stock | A | Dividend | J | T | | | | | |
| 143. IRA acct. | | | | | | | | | |
| 144. Schwab Cash Reserve Money Market account | A | Interest | | | Closed | 02/19/13 | J | A | |
| 145. Morgan Stanley Bank | A | Interest | J | T | Open | 02/19/13 | J | | |
| 146. AFLAC Inc. common stock | A | Dividend | J | T | Buy | 05/17/13 | J | | |
| 147. Bank of America common stock | A | Dividend | J | T | Buy | 05/17/13 | J | | |
| 148. Berkshire Hathaway class B common stock | A | Interest | J | T | | | | | |
| 149. Century Link Inc. common stock | A | Dividend | J | T | Buy | 05/17/13 | J | | |
| 150. Fidelity Contra Fund | A | Int./Div. | | | Sold | 05/17/13 | K | C | |
| 151. General Electric common stock | A | Dividend | J | T | Buy | 05/17/13 | J | | |
| 152. GE Capital CD (See Part VIII) | A | Interest | | | Matured | 07/02/13 | J | | |
| 153. Qualcomm. Inc. common stock | A | Dividend | J | T | Buy | 07/17/13 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conroy, John M. | 04/22/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. T Rowe Price Growth Fund | A | Int./Div. | J | T | | | | | |
| 155. Jensen Quality Growth mutual fund | A | Distribution | | | Sold | 02/22/13 | K | B | |
| 156. Proctor and Gamble common stock | A | Dividend | J | T | Buy | 03/26/13 | J | | |
| 157. RPM Inc. common stock | A | Dividend | J | T | Buy | 05/17/13 | K | | |
| 158. SPDR DJ Wlishire Int'l Real Est. ETF | A | Distribution | J | T | Buy | 03/26/13 | J | | |
| 159. Sales Force Inc. common stock | A | Dividend | J | T | Buy | 03/26/13 | J | | |
| 160. Sequoia Fund mutual fund | A | Distribution | | | Sold | 01/28/13 | J | C | |
| 161. 3M Co. common stock | A | Dividend | J | T | Buy | 03/26/13 | J | | |
| 162. Vanguard Wellington Fund | A | Int./Div. | | | Sold | 02/20/13 | K | C | |
| 163. Vanguard Windsor II Fund | A | Int./Div. | | | Sold | 02/20/13 | J | C | |
| 164. Vanguard Natural Resources LLC | A | Distribution | J | T | Buy | 05/17/13 | J | | |
| 165. Brokerage acct #3: | | | | | | | | | |
| 166. Berkshire Hathaway class B common stock | A | Dividend | J | T | | | | | |
| 167. Schwab money market acct | A | Interest | J | T | | | | | |
| 168. Vanguard S&P 500 Index fund | A | Int./Div. | J | T | | | | | |
| 169. Brokerage acct #4: | | | | | | | | | |
| 170. Berkshire Hathaway class B common stock | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conroy, John M. | 04/22/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 171. Bank of India CD | A | Interest | | | Buy | 03/13/13 | J | | |
| 172. | | | | | Matured | 09/11/13 | J | A | |
| 173. Fidelity Value Mutual Fund | A | Int./Div. | | | Sold | 03/11/13 | J | A | |
| 174. Vanguard Windsor II Mutual Fund | A | Int./Div. | J | T | | | | | |
| 175. Charles Schwab Cash sweep acct | A | Interest | K | T | | | | | |
| 176. 403(b) plan | | | | | | | | | |
| 177. TIAA-CREF Growth Stock Fund | A | Int./Div. | K | T | Buy (add'l) | 03/15/13 | J | | |
| 178. | | | | | Buy (add'l) | 06/30/13 | J | | |
| 179. | | | | | Buy (add'l) | 09/15/13 | J | | |
| 180. | | | | | Buy (add'l) | 12/31/13 | J | | |
| 181. TIAA-CREF Equity stock Fund | A | Int./Div. | K | T | Buy (add'l) | 03/31/13 | J | | |
| 182. | | | | | Buy (add'l) | 06/30/13 | J | | |
| 183. | | | | | Buy (add'l) | 09/15/13 | J | | |
| 184. | | | | | Buy (add'l) | 12/31/13 | J | | |
| 185. TIAA-CREF Stock Fund | A | Int./Div. | K | T | Buy (add'l) | 03/30/13 | J | | |
| 186. | | | | | Buy (add'l) | 06/15/13 | J | | |
| 187. | | | | | Buy (add'l) | 09/30/13 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conroy, John M. | 04/22/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 188. | | | | | Buy (add'l) | 12/31/13 | J | | |
| 189. John Hancock Blue Chip Growth Fund | A | Int./Div. | K | T | Buy (add'l) | 03/31/13 | J | | |
| 190. | | | | | Buy (add'l) | 06/30/13 | J | | |
| 191. | | | | | Buy (add'l) | 09/30/13 | J | | |
| 192. | | | | | Buy (add'l) | 12/31/13 | J | | |
| 193. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conroy, John M. | 04/22/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Amendments to 2012 Financial Disclosure Report:

1. Line 140(D)(1),(2),(3),and (4) reported in error. Continental Resources Inc. common stock not sold during 2012 reporting period.

2. Line 149(D)(1),(2),(3), and (4) reported in error. Intuitive Surgical common stock not sold during 2012 reporting period.

3. An asset was inadvertently omitted under assets for Trust #2 found at line 115. The omitted asset (Verizon Inc. common stock) now appears in the 2013 report at line 134. :

Amendment to 2011 Financial Disclosure Report:

The GE Capital CD listed on line 159 of the 2011 report as having matured should have been reported as two separate GE Capital CDs. One CD matured and that event is properly reported in the 2011 report. The other GE Capital CD was kept and should have been reported on the 2011 report and 2012 reports. It was inadvertently omitted. It matured in 2013 and that event is now reported in the 2013 report at line 152

A new line (160) in the 2011 report should have read as follows:

GE Capital CD  A Interest J T

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **John M. Conroy**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544